**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| **VICTOR D MCMILLER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | No.    **2:16-CV-00252-PLR-CRW** |
| | ) | |
| **MIKE PARRIS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### O R D E R

In accordance with the accompanying memorandum opinion, Petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a COA will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**SO ORDERED.**

**E N T E R :**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT